# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Florence H. Luke, | Civ. No. 15cv2724 (SRN/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Family Justice Center, Judge Kevin Burke, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 27, 2015 [Doc. No. 5]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. 2), be **DENIED**;

2. This action be **SUMMARILY DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(iii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: August 24, 2015

                                                                 s/Susan Richard Nelson
                                                                 SUSAN RICHARD NELSON
                                                                 United States District Judge